IN THE CIRCUIT COURT OF MACON COUNTY

STATE OF ALABAMA

RECEIVED
2005 JUL 22 A 9: 25

3:05cv678-F

| | |
|---|---|
| MICHAEL PERRY SMITH, BETTY A. SMITH, individually and as next friend of LILLIAN A. SMITH, a minor, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) MELANIE AMANDA HINSON AND LIBERTY MUTUAL FIRE INSURANCE COMPANY, ) ) ) ) ) Defendants. ) | CIVIL ACTION NO.: CV-05-124 |

## NOTICE TO STATE COURT OF REMOVAL OF CASE TO FEDERAL COURT

**TO:** Mr. Eddie D. Mallard, Clerk
Macon County Circuit Court
P. O. Box 830723
Tuskegee, AL 36083

Defendants hereby give notice that the above styled action has been removed from this Court to the United States District for the Middle District of Alabama, Eastern Division.

A copy of the said Notice of Removal is appended hereto.

DONE this 21st day of July, 2005.

_____
JOSEPH T. CARPENTER (CAR-038)
Attorneys for Defendant

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing was served on the below listed counsel by placing a copy of the same in the U.S. Mail, postage prepaid, and properly addressed this <u>21st</u> day of July, 2005.

>Harlan F. Winn, III
>Michael J. Clemmer
>Battle, Fleenor, Green, Win & Clemmer LLP
>The Financial Center
>505 North 20th Street, Suite 1150
>Birmingham, AL 35203

_____
ATTORNEY FOR DEFENDANT

G:\6631\Pleadings\Removalnotice.statect.wpd\kt