IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PERRY SMITH, BETTY A. SMITH, individually and as next friend of LILLIAN A. SMITH, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MELANIE AMANDA HINSON AND LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendants. | CASE NO: 3:05cv678-F |

## NOTICE OF DISMISSAL

COME NOW the plaintiffs, Michael Perry Smith, Betty A. Smith, individually and as next friend of Lillian A. Smith, a minor and, pursuant to Fed.R.Civ.P. 41(a), notices the dismissal of this action with prejudice, costs taxed as paid.

Respectfully submitted,

Harlan F. Winn, III (WIN023)
Michael J. Clemmer (CLE-029)
Attorneys for Plaintiffs

OF COUNSEL:

BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
hwinn@bfgwc.com
mclemmer@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system placing and/or placing same in the United States mail, postage prepaid, addressed as follows:

Joseph T. Carpenter
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
jcarpenter@carpenterfirm.com

this 27th day of July, 2005.

OF COUNSEL