**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

July 28, 2005

**Notice of Dismissal of Case**

To:   All Parties

Re:   Michael Perry Smith, et al   v. Melanie Amanda Hinson, et al
      Civil Action No.  3:05cv678-F

   Pursuant to the Notice of Dismissal filed by the Plaintiff on July 27, 2005,  this case has been closed and removed from the pending docket of this court.